Decided June 8, 2011

---

## BRENNAN ASSOCIATES *v.* OBGYN SPECIALTY GROUP, P.C., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 127 Conn. App. 746 (AC 31559), is denied.

*Janine M. Becker,* in support of the petition.

*Anne D. Peterson* and *Christopher Rooney,* in opposition.

Decided June 8, 2011

---

## STATE OF CONNECTICUT *v.* TAURUS DAVENPORT

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 127 Conn. App. 760 (AC 31784), is denied.

EVELEIGH and HARPER, Js., did not participate in the consideration of or decision on this petition.

*Kathryn Ward Bare,* assistant state's attorney, in support of the petition.

*Moira L. Buckley,* in opposition.

Decided June 8, 2011